## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

JERRY ELLIS,    PLAINTIFF
ADC #78658

v.    2:20CV00214-JM-JTK

DOES    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this Complaint is DISMISSED without prejudice.

IT IS SO ADJUDGED this 18th day of December, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE